# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>James, Lena M. | 2. Court or Organization<br><br>United States Bankruptcy Court (MDNC) | 3. Date of Report<br><br>04/30/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| United States Bankruptcy Court<br>601 W 4TH St, Suite 100<br>Winston-Salem, North Carolina 27101 |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of attorney | family member |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Lena M. | 04/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Winston-Salem Forsyth County Schools - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Middle District Bankruptcy Seminar | 4/11/19-4/13/19 | Durham, NC | Legal CLE (teach) | meals, lodging |
| 2. | North Carolina Bankruptcy Institute | 11/21/19-11/23/19 | Wilmington, NC | Legal CLE (teach) | meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Lena M. | 04/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Lena M. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  American Express High Yield Savings | B | Interest | L | T | | | | | |
| 2.  Charles Schwab Bank Checking | A | Interest | J | T | | | | | |
| 3.  Wells Fargo Checking | A | Interest | K | T | | | | | |
| 4.  Wells Fargo Savings | A | Interest | L | T | | | | | |
| 5.  Wells Fargo Money Market | B | Interest | L | T | | | | | |
| 6.  Charles Schwab Money Market | B | Dividend | L | T | | | | | |
| 7.  Matthews China Fund | A | Dividend | J | T | | | | | |
| 8.  DWS Emerging Mkt Equity Fund | A | Dividend | J | T | | | | | |
| 9.  RBC Micro Cap Value FD (RMVIX) | B | Dividend | K | T | | | | | |
| 10. Schwab 1000 Index Fund (SNXFX) | B | Dividend | L | T | | | | | |
| 11. Schwab S&P 500 Index FD (SWPPX) | B | Dividend | L | T | | | | | |
| 12. Blackrock Euro Fund | A | Dividend | J | T | | | | | |
| 13. Davis Real Estate Fund | A | Dividend | J | T | | | | | |
| 14. DWS Latin American Equity Fund | A | Dividend | J | T | | | | | |
| 15. Northeast Investor Trust Fund | A | Dividend | J | T | | | | | |
| 16. PIMCO Emerging Market Bond Fund | A | Dividend | J | T | | | | | |
| 17. Wells Fargo Emerging Markets Equity | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Lena M. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Vanguard FTSE Emerging Fund | A | Dividend | J | T | | | | | |
| 19. Vanguard Growth Fund | A | Dividend | J | T | | | | | |
| 20. Northwestern Mutual Whole Life | C | Dividend | M | T | | | | | |
| 21. Vanguard Global Capital Market Cycles Fund | A | Dividend | J | T | | | | | |
| 22. Vanguard Prime Money Mkt Fund | B | Dividend | L | T | | | | | |
| 23. Vanguard REIT Index Fund Adm | A | Dividend | K | T | | | | | |
| 24. Vanguard Retirement 2035 | D | Dividend | N | T | | | | | |
| 25. Fidelity Government Money Market (X) | A | Dividend | M | T | | | | | |
| 26. Fidelity Asset Manager 50% (X) | B | Dividend | K | T | | | | | |
| 27. Fidelity Strategic Income Fund (X) | A | Dividend | K | T | | | | | |
| 28. Fidelity Capital and Income (X) | B | Dividend | L | T | | | | | |
| 29. Fidelity Municipal Income (X) | B | Dividend | L | T | | | | | |
| 30. Fidelity Tax Free Bond (X) | A | Dividend | L | T | | | | | |
| 31. Fidelity Investment Grade (X) | A | Dividend | K | T | | | | | |
| 32. Fidelity Intermediate Muni Income (X) | B | Dividend | L | T | | | | | |
| 33. American Beacon SIM High Yield Opportunities Invest (X) | A | Dividend | L | T | | | | | |
| 34. Nuveen All American Muni Bond Cl A (X) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 6 of 8

**Name of Person Reporting**

James, Lena M.

**Date of Report**

04/30/2020

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. T Rowe Price High Yield Bond (X) | A | Dividend | K | T | | | | | |
| 36. T Rowe Price Emerging Markets Bond Fund (X) | A | Dividend | J | T | | | | | |
| 37. T Rowe Price Summit Muni Intermediate (X) | A | Dividend | K | T | | | | | |
| 38. TCW Emerging Markets Income Cl N (X) | A | Dividend | K | T | | | | | |
| 39. Vanguard Intermediate Term Tax Exempt Fund (X) | A | Dividend | L | T | | | | | |
| 40. Vanguard Long Term Tax Exempt Investor (X) | A | Dividend | L | T | | | | | |
| 41. Wells Fargo Muni Bond Fund Cl A (X) | A | Dividend | K | T | | | | | |
| 42. IShares National Muni Bond ETF (X) | A | Dividend | J | T | | | | | |
| 43. SPDR Series Trust Nuveen BBG Brcly (X) | A | Dividend | L | T | | | | | |
| 44. Vaneck Vectors ETF Tr High Yield Muni ETF (X) | A | Dividend | K | T | | | | | |
| 45. Blackrock Municipal Income Tr SH Ben INT (X) | A | Dividend | J | T | Buy | 10/28/19 | J | | |
| 46. Nuveen Mun High Income OPP Fd Con (X) | B | Dividend | K | T | | | | | |
| 47. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note asset name change from Wells Fargo Asia Pacific to Wells Fargo Emerging Markets Equity without transaction.

| Name of Person Reporting | Date of Report |
|---|---|
| James, Lena M. | 04/30/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lena M. James**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544